# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1778. JAMES BROWN v. PROGRESSIVE INSURANCE.**

In this action for breach of contract and related claims, pro se plaintiff James Brown filed this direct appeal from the trial court's order granting the defendant's motion to open default. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Here, the trial court's order granting the defendant's motion to open default is a non-final order that did not resolve all issues in this case. Consequently, Brown was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the order opening default. See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). His failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Bailey*, 266 Ga. at 833.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/10/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*